# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Jose Jesus Lopez Mariscal** DOB: 2004; Mexican Citizen | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.** 25-09586MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(5)(B) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On October 21, 2025, at or near Tucson, AZ, in the District of Arizona, the defendant, **Jose Jesus Lopez Mariscal**, knowing that he was an alien lawfully admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate or foreign commerce firearms, to wit: one (1) Glock 19 9mm pistol and one (1) FN High Power 9 mm pistol; all in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 21, 2025, Drug Enforcement Administration (DEA) Task Force Officer (TFO) Daniel Bowling conducted a traffic stop of a vehicle on Interstate 10 (I-10) at mile maker 252 in Tucson, Arizona for an illegal window tint and for speeding in a construction zone. The vehicle stopped was a silver 2010 Dodge Ram 1500 bearing Sonora, Mexico license plate VC-81-32A driven by sole occupant **Jose Jesus LOPEZ MARISCAL**. TFO Bowling asked **LOPEZ MARISCAL** for identification to which he produced two (2) Mexican identification cards. TFO Bowling asked **LOPEZ MARISCAL** if he was a United States Citizen to which he replied that he was not. TFO Bowling then asked if there were any firearms inside the vehicle. **LOPEZ MARISCAL** stated that there was a firearm underneath his seat at which point TFO Bowling informed **LOPEZ MARISCAL** to step out of the vehicle.

After getting out of the vehicle, TFO Bowling asked **LOPEZ MARISCAL** for consent to search his vehicle. **LOPEZ MARISCAL** gave consent and TFO Bowling began to search his vehicle. Immediately upon searching, TFO Bowling located five (5) boxes containing 200 rounds each of .50 caliber ammunition, totaling 1,000 rounds. TFO Bowling also located a Glock 19 9mm pistol bearing serial number CGBU274, three (3) Glock magazines for 9 mm caliber ammunition, an FN High Power 9 mm pistol bearing serial number VU05495, two (2) FN High Power magazines for 9mm caliber ammunition, seven (7) 1911 magazines for .38 special caliber ammunition, and six (6) boxes of .38 special caliber ammunition, totaling 300 rounds.

Homeland Security Investigations (HSI) Special Agent (SA) Chris Cravens arrived on location and confirmed that **LOPEZ MARISCAL** was in the United States on a B1/B2 Visa and was not allowed to possess a firearm and or ammunition.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SHAYNE N BECKFORD (Digitally signed by SHAYNE N BECKFORD, Date: 2025.10.22 10:56:51 -07'00') |
| COMPLAINT REVIEWED by AUSA R. Arellano (Digitally signed by RAQUEL ARELLANO Date: 2025.10.22 10:46:13 -07'00') | **OFFICIAL TITLE & NAME:** Supervisory Special Agent Shayne Beckford, HSI |

Sworn to before me and subscribed in my telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | **DATE** October 22, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2 of 4

In a post-*Miranda* interview, **LOPEZ MARISCAL** advised that he agreed to deliver approximately $6,000 to an unknown male in Phoenix, Arizona for two (2) firearms and "boxes," which he stated that he did not know what was in the boxes, and then bring them to Nogales, Arizona. **LOPEZ MARISCAL** stated that once he arrived in Nogales, Arizona, he believed that he was going to deliver the items to someone there. He stated that he was not going to cross into Mexico with the items but believed that they were eventually destined for Mexico.

Record queries through Department of Homeland Security databases confirmed **LOPEZ MARISCAL** is a Mexican Citizen and a valid B1/B2 Mexican Non-Immigrant visa border crossing holder.

An ATF firearms nexus expert conducted a preliminary examination of photographs taken of the firearms seized from the vehicle **LOPEZ MARISCAL** was driving and determined that the firearms were not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 3 of 4**



**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

3

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 4 of 4**

